UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 08-34528 |
| WILLIAM ANDY SAUNDERS | ) |
| ALLISON MARIE SAUNDERS | ) |
| | ) Chapter 7 Bankruptcy |
| Debtors. | ) |

**NOTICE TO MARSH BUILDING PRODUCTS, INC.
THAT $278.23 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED
DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Marsh Building Products, Inc., creditor herein, and deposits $278.23 into the Court Clerk's Unclaimed Dividend funds Account.

1. That the last known address for Marsh Building Products, Inc., was:

   Marsh Building Products, Inc.
   Sean P. Donovan, Esq.
   Finney, Stagnaro, Saba & Patterson co., L.P.A.
   2623 Erie Avenue
   Cincinnati, OH 45208

2. That the interest distribution amount payable to Marsh Building Products, Inc., was 278.23 and was made payable to Marsh Building Products, Inc., as check number 108 dated September 2, 2009. Said check was not presented for payment and has gone stale.

3. Under FRBP 3011, the Trustee turns over the unclaimed funds to the Court;

4. That any objections to said Deposit should be made, in writing, with the Court on or before January 9, 2010.


DATED:  December 10, 2009         /s/ Rebecca H. Fischer

                                  Rebecca Hoyt Fischer         #10537-72

LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2009, a true and correct copy of the above and foregoing Notice was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Loraine P. Troyer                    U.S. Trustee
Jaunsicker@verizon.net               USTPRegion10.SO.ECF@usdoj.gov

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

William and Allison Saunders
632 Lincolnway East
Goshen, IN 46526

Marsh Building Products, Inc.
Sean P. Donovan, Esq.
Finney, Stagnaro, Saba & Patterson co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208

United States Bankruptcy Court
Robert K. Rodibaugh United States Bankruptcy Courthouse
401 South Michigan Street
South Bend, IN  46601

/s/ Rebecca Hoyt Fischer